# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAFAEL MORENO,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 80513

FILED

FEB 12 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Appellant appeals from the district court's denial of his petition seeking sentence time credits. In response to an order of this court, the Attorney General advises that appellant has been released on parole. Thus, this appeal is moot. *See Williams v. State, Dep't of Corr.*, 133 Nev. 594, 600 n.7, 402 P.3d 1260, 1265 n.7 (2017) (providing that when considering the computation of sentence credits that would make an inmate eligible for parole, "no relief can be afforded where the offender has already expired the sentence or appeared before the parole board on the sentence" (internal citation omitted)). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Silver

cc:    Hon. Joseph Hardy, Jr., District Judge

SUPREME COURT
OF
NEVADA

(O) 1947A

21-04334

Rafael Moreno
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk